IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

LOS ALAMOS STUDY GROUP,

    Plaintiff,

vs.                               Civ. No. 97-1412 DJS/WWD ACE

UNITED STATES DEPARTMENT OF
ENERGY,

    Defendant.

## MEMORANDUM OPINION AND ORDER

This matter comes before the Court upon Plaintiff's Motion for an Order Requiring Supplemented Responses and Granting Leave to Conduct Discovery [docket no. 21] filed September 4, 1998. No response has been filed to the motion. Failure to serve a response in opposition to the motion constitutes consent to grant the motion. D.N.M. LR-Civ 7.5(b).

**WHEREFORE,**

**IT IS ORDERED** that on or before October 30, 1998, Defendant shall deliver to Plaintiff unredacted copies of the documents heretofore produced pursuant to the order entered July 22, 1998, by the Honorable Don J. Svet, United States Magistrate Judge.

**IT IS FURTHER ORDERED** that Plaintiff may conduct discovery concerning the adequacy of the searches by the Department of Energy for documents responsive to three of the subject Freedom of Information Act requests.

                                                            _____
                                                            UNITED STATES MAGISTRATE JUDGE